√# 115  # 129607

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
11 JUN 23 PM 2:10
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: NICHOLS, CORY J.
NICHOLS, LYNNETTE A.

Case No. 10-36736

Chapter 7

Judge: RICHARD L. SPEER

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| GE Money Bank c/o Recovery Management Systems Corp. | 25 SE 2nd Ave., Suite 1120 Miami, FL 33131-1605 | $2.47 |

Check for $2.47 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 6/22/2011

_____
John N. Graham, Trustee